Directed To: Warden Koehn, Asst. Warden Corlew, Asst. Warden Suesedo, Contract Monitor Jimmy Hail, Quality Assurance Head: Tracy Mathews
5115 Harding Place Nashville, Tennessee 37211. Corrections Corporation of America Metro Davidson County Detention Facility / Corrections Corporation of America Divisional Managing Director, Facility Operations, Vice President of Facility Operations 10 Burton Hills Nashville, Tennessee 37215

Reason: Grievance / Complaint / Notice
* Statement of Facts *

I, Darrell W. Bumpas a inmate detainee OCA number #139785 at CCA-Metro Davidson County Detention Facility located at 5115 Harding Place Nashville Tennessee 37211 assigned to H-unit cell 2-05

Today is 9-29-09 and I have been here at CCA-M.D.C.D.F at or around 5 months or so. First of all there is no grievances nor informal resolution forms in this unit, and hasn't been no grievance forms in the unit for detainees access my whole stay, and I've had to go out of the way, or through another inmate with better access to things such as this to get all the ones I've ever had, or submitted to this day. Yesterday at or around 3:30 pm on my way from the CCA library in which I was called to medical and the library at the same time which took away most of my law book research time along with having to copy everything by hand out of the law books. And with the small time I'm allowed and several cases I got pending being civil and federal I can't get nothing done, and this makes a very small job complex. Then there is no copy machine in the library for inmate access. So a detainee has to give the librarian Ms Gates his legal documents for copies, and law cases, or court rules, or anything in a law book is not accepted or allowed for copies, And then you may have to wait days at at time to get your legal documents or